**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Dane GRAY, Defendant–**
**Appellant.**

**No. 02–6981.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

Kenneth Dane Gray, Appellant Pro Se. Anthony Paul Giorno, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Dane Gray seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Gray has not made a substantial showing of the denial of a constitutional right. *See United States v. Gray*, Nos. CR–98–28; CA–00–586 (W.D.Va. Apr. 12, 2002). Accordingly, we deny Gray's motion for a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*